1078

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PRESTON PETERSON, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.

█ JOHN DOE, as Administrator of the Estate of MARY DOE, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Appeal No. 1.) (Claim No. 44755.) —

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.

█ STEVE H. DARDZINSKI, as Administrator of the Estate of HELEN F. DARDZINSKI, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Appeal No. 2.)

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.

█ In the Matter of MARY A. HUBER, Respondent, v. RICHARD FEDISON, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.